# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Veronica L. Duffy United States Magistrate Judge Presiding

| Courtroom Deputy – JLS | Court Reporter – FTR #3 |
|---|---|
| Courtroom - SF #3 | Date – February 11, 2025 |
| U.S. Probation Officer – Not present | |

### 4:24-CR-40117-01

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JAYKOB ELIJAH VARNER<br><br>Defendant. | Beau Blouin *for Elizabeth Ebert-Webb*<br><br><br><br><br>Matt Powers |
|---|---|

TIME HEARING SCHEDULED TO BEGIN: 10:30 AM

<u>TIME:</u>

10:31 AM   Enter initial appearance on superseding indictment and arraignment.

  Counsel for the USA reads Counts 3 and 4 of the Superseding Indictment and maximum penalties

  Defendant advised of his rights.

  The Court enters a plea of not guilty on behalf of the Defendant.

10:43 AM   Court is adjourned