# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Roberto A. Lange, United States District Chief Judge Presiding

| Courtroom Deputy: AKW | Court Reporter: Tricia Bernstein |
| Courtroom: SF #2 | Date: June 2, 2025 |

### 4:24-cr-40117-RAL-1

| UNITED STATES OF AMERICA | Ann Hoffman |
| | *for Elizabeth Ann Ebert-Webb* |
| Plaintiff, | |
| vs. | |
| JAYKOB ELIJAH VARNER | Matthew M. Powers |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:00 PM

<u>TIME:</u>

1:04 PM   Enter Change of Plea hearing on Superseding Indictment.

Defendant is affirmed.

Defendant is advised of statutory and constitutional rights.

Defendant pleads guilty to Counts 1 and 4 of the Superseding Indictment.

Defendant is remanded to the custody of the U.S. Marshals Service pending sentencing.

1:26 PM   Court is adjourned.