UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-40117 |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| JAYKOB ELIJAH VARNER, | |
| Defendant. | |

Comes now the United States of America, by and through its undersigned counsel, and files this Notice of Appearance of Assistant United States Attorney, Carl Thunem as additional counsel of record for the United State of America in the above-captioned matter.

Date: June 4, 2025.

ALISON J. RAMSDELL
United States Attorney

/s/ Carl Thunem

CARL THUNEM
Assistant United States Attorney
P.O. Box 7240
Pierre, SD   57501-7240
Telephone:  (605) 224-5402
Facsimile:   (605) 224-8305
E-mail: Carl.Thunem@usdoj.gov